| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | CHRISTINA HUA (CABN 185358)<br>Assistant United States Attorney |
| 5 |    450 Golden Gate Ave., Box 36055<br>   San Francisco, California 94102 |
| 6 |    Telephone: (415) 436-7200<br>   Fax: (415) 436-7234 |
| 7 |    E-Mail: tina.hua@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  )  | | No. CR 09-0472 CBM |
|    Plaintiff, ) | | |
| v. ) | | STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME FROM JULY 8,<br>2009 TO SEPTEMBER 4, 2009 |
| MALCOLM MCVICKAR, JR., ) | | |
|    Defendant. ) | | |

     The above-titled matter was scheduled for a change of plea hearing or to set further proceedings on July 8, 2009 at 10:00 a.m. The defendant, MALCOLM MCVICKAR, JR., represented by Kenneth H. Wine, Esquire, and the government, represented by Christina Hua, Assistant United States Attorney, agree and stipulate that the hearing be continued from July 8, 2009 to September 4, 2009 at 11:00 a.m. The parties further agree and stipulate that time is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv) from July 8, 2009 to September 4, 2009. Counsel for the defendant requires additional time to review discovery as well as conduct additional investigation regarding the number of victims and the loss amount in the case. For example, defense counsel requests time to review approximately 20 boxes of documents seized from the defendant in a

1  prior state case as he believes it may contain defendant's records regarding loss amount and the
2  number of victims in the instant case. The government has no objection to the continuance nor
3  the exclusion for the speedy trial. The parties agree that the continuance from July 8, 2009 to
4  September 4, 2009 is also necessary under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow
5  defendant reasonable time for effective preparation, and in the interest of justice. The parties
6  agree that the ends of justice are served by granting the requested continuance, and the requested
7  continuance outweighs the best interest of the public and the defendant in a speedy trial, taking
8  into account the exercise of due diligence.

10 DATED:                                    /S/
                                             CHRISTINA HUA
11                                           Assistant United States Attorney

13 DATED:                                    /S/
                                             KENNETH H. WINE
14                                           Counsel for Malcolm McVickar Jr.

### ORDER

Based upon the representation of counsel and for good cause shown, the Court orders that the hearing be continued from July 8, 2009 to September 4, 2009 at 11:00 a.m. The Court further orders that failing to exclude the time between July 8, 2009 and September 4, 2009 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 8, 2009 and September 4, 3009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 8, 2009 and September 4, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 7/9/09

                                             CONSUELO B. MARSHALL
                                             United States District Judge

ORDER EXLUDING TIME
Case No. CR 09-0472 CBM                      -2-